# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRENDA MASLINSKI

VERSUS

PATHWAY MANAGEMENT, INC.,
PROVIDENCE CARE, L.L.C., AND
DARLA RODGERS

NO. 2025 CW 1244

**DECEMBER 9, 2025**

---

In Re:   Clark Bergeron, Dawn Bergeron Walden, Kerwin Schulze, Jr., and Gwendolyn Pontiff, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 191169.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** This writ application failed to include a copy of the signed judgment, in violation of Rule 4-5(c)(6) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before December 29, 2025, and must contain a copy of this ruling.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT